Steven T. Lowe SBN 122208
  *steven@lowelaw.com*
**LOWE & ASSOCIATES, P.C.**
11400 Olympic Blvd., Suite 640
Los Angeles, CA  90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Attorneys for Plaintiff and Counderdefendants,
**GEODATA SYSTEMS MANAGEMENT, INC.** and **BRUCE JACKIM**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEODATA SYSTEMS MANAGEMENT, INC.**, an Ohio Corporation, <br><br> Plaintiff, <br><br> v. <br><br> **AMERICAN PACIFIC PLASTIC FABRICATORS, INC.,** a California Corporation; **HY ZORNES,** an individual: and **ARTHUR HOCHSCHILD, III**, an individual, <br><br> Defendants. | **Case No.: 2:15-CV-04125 VAP (JEM)** <br><br> **Hon. Virginia Phillips** <br><br> **[PROPOSED] SPECIAL VERDICT FORM** <br><br> **Trial Date: November 8, 2016** |
| **AMERICAN PACIFIC PLASTIC FABRICATORS, INC.,** a California Corporation <br><br> Counterclaimant, <br><br> v. <br><br> **GEODATA SYSTEMS MANAGEMENT, INC.,** an Ohio Corporation, **BRUCE JACKIM**, an individual. <br><br> Counterdefendants. | |

[PROPOSED] SPECIAL VERDICT FORM

# VERDICT FORM

## PART I:  PLAINTIFF'S CLAIMS:

1.      Do you find for Plaintiff on its first claim for relief for False Advertising?

_____ Yes          _____ No

If you answered "Yes" to Question 1, please proceed to Question 2.  If you answered "No" to Question 1, please proceed to Question 3.


2.      Please state the amount awarded Plaintiff on its first claim for relief?

$_____

3.      Do you determine that there was no binding agreement with any Defendant that would have allowed Defendants to utilize Plaintiff's intellectual property for their own gain without compensating Plaintiff?


_____ Yes          _____ No

[PROPOSED] SPECIAL VERDICT FORM

4.      Do you find for Plaintiff on its fourth claim for relief for Lanham Act trademark infringement?

_____ Yes         _____ No

If you answered "Yes" to Question 4, please proceed to Question 5.   If you answered "No," please proceed to Question 7.

5.      Please state the amount awarded Plaintiff on its fourth claim for relief.

$_____

6.      Do you find that Defendants were deliberate, willful, malicious or fraudulent in their infringement of Plaintiff's trademark?

_____ Yes   _____ No

7.      Do you find for Plaintiff on its sixth claim for relief for Intentional Interference with Prospective Economic Advantage?

_____ Yes         _____ No

[PROPOSED] SPECIAL VERDICT FORM

If you answered "Yes" to Question 7, please proceed to Question 8.   If you answered "No," please proceed to Question 11.

8.      Please state the amount awarded Plaintiff on its sixth claim for relief.

$_____

9.      Do you find that Defendants were malicious, oppressive or fraudulent in their actions constituting Intentional Interference with Prospective Economic Advantage?

_____ Yes   _____ No

If you answered "Yes" to Question 9, please proceed to Question 10.  If you answered "No" to Question 9, please proceed to Question 11.

10.    Please state the amount awarded Plaintiff in punitive damages, if any.

$_____

[PROPOSED] SPECIAL VERDICT FORM

1
2
3
4        11.      Do you find for Plaintiff on its seventh claim for relief for
5  Unfair Competition under Business & Professions Code Section 17200?
6
7
8                    _____ Yes          _____ No
9
10
11       If you answered "Yes" to Question 11, please proceed to Question 12.   If
12  you answered "No," please proceed to Question 13.
13
14
15       12.      Please state the amount awarded Plaintiff on its seventh claim
16  for relief.
17                             $_____
18
19
20       13.      Do you find for Plaintiff on its eleventh claim for relief for
21  Common Law Trademark Infringement?
22
23                    _____ Yes          _____ No
24
25
26       If you answered "Yes" to Question 13, please proceed to Question 14.   If
27  you answered "No," please proceed to Question 15.
28

[PROPOSED] SPECIAL VERDICT FORM

14.     Please state the amount awarded Plaintiff on its eleventh claim for relief.

$_____

## **PART II: DEFENDANTS' COUNTERCLAIMS**:

15.     Do you find for Defendants on their first claim for relief for Intentional Interference with Prospective Economic Advantage?

_____ Yes        _____ No

If you answered "Yes" to Question 15, please proceed to Question 16.   If you answered "No," please proceed to Question 19.

16.     Please state the amount awarded Defendants on their first claim for relief.

$_____

17.     Do you find that Plaintiff was malicious, oppressive or fraudulent in its actions constituting Intentional Interference with Prospective Economic Advantage?

_____ Yes  _____ No

[PROPOSED] SPECIAL VERDICT FORM

If you answered "Yes" to Question 17, please proceed to Question 18.  If you answered "No" to Question 17, please proceed to Question 19.

18.   Please state the amount awarded Defendants in punitive damages, if any.

$_____

19.   Do you find for Defendants on their second claim for relief for Unfair Business Practices?

_____ Yes          _____ No

If you answered "Yes" to Question 19, please proceed to Question 20.   If you answered "No," please proceed to Question 21.

20.   Please state the amount awarded Defendants on their second claim for relief.

$_____

[PROPOSED] SPECIAL VERDICT FORM

21.    Do you find for Defendants on their third claim for relief for Trade Libel?

_____ Yes        _____ No

If you answered "Yes" to Question 21, please proceed to Question 22.   If you answered "No," please proceed to Question 24.

22.    Do you find that Plaintiff was malicious, oppressive or fraudulent in its actions constituting Trade Libel?

_____ Yes   _____ No

If you answered "Yes" to Question 22, please proceed to Question 23.   If you answered "No" to Question 22, please proceed to Question 24.

23.   Please state the amount awarded Defendants in punitive damages, if any.

$_____

8

[PROPOSED] SPECIAL VERDICT FORM

24.     Do you find for Defendants on their fourth claim for relief for Defamation?

_____ Yes          _____ No

If you answered "Yes" to Question 24, please proceed to Question 25.   If you answered "No," please sign the verdict form.

25.     Please state the amount awarded Defendants on their fourth claim for relief.

$_____

26.     Do you find that Plaintiff was malicious, oppressive or fraudulent in its actions constituting Defamation?

_____ Yes _____ No

If you answered "Yes" to Question 26, please proceed to Question 27.  If you answered "No" to Question 26, please sign the verdict form.

[PROPOSED] SPECIAL VERDICT FORM

27.   Please state the amount awarded Defendants in punitive damages, if any.

$\underline{\hspace{3in}}

Date: \underline{\hspace{2.5in}}

FOREPERSON

[PROPOSED] SPECIAL VERDICT FORM