| | |
|---|---|
| 1 | Steven T. Lowe SBN 122208 |
| | *steven@lowelaw.com* |
| 2 | **LOWE & ASSOCIATES, P.C.** |
| 3 | 11400 Olympic Blvd., Suite 640 |
| | Los Angeles, CA 90064 |
| 4 | Telephone: (310) 477-5811 |
| 5 | Facsimile: (310) 477-7672 |
| 6 | Attorneys for Plaintiff and Counderdefendants, |
| 7 | **GEODATA SYSTEMS MANAGEMENT, INC.** and **BRUCE JACKIM** |

Steven T. Lowe SBN 122208
*steven@lowelaw.com*
**LOWE & ASSOCIATES, P.C.**
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Attorneys for Plaintiff and Counderdefendants,
**GEODATA SYSTEMS MANAGEMENT, INC.**
and **BRUCE JACKIM**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEODATA SYSTEMS MANAGEMENT, INC.**, an Ohio Corporation, | **Case No.: 2:15-CV-04125 VAP (JEM)** |
| Plaintiff, | **Hon. Virginia Phillips** |
| v. | **PLAINTIFF'S SHORT STATEMENT OF THE CASE** |
| **AMERICAN PACIFIC PLASTIC FABRICATORS, INC.,** a California Corporation; **HY ZORNES,** an individual: and **ARTHUR HOCHSCHILD, III**, an individual, | **Trial Date: November 8, 2016** |
| Defendants. | |
| **AMERICAN PACIFIC PLASTIC FABRICATORS, INC.,** a California Corporation | |
| Counterclaimant, | |
| v. | |
| **GEODATA SYSTEMS MANAGEMENT, INC.**, an Ohio Corporation, **BRUCE JACKIM**, an individual. | |
| Counterdefendants. | |

**PLAINTIFF'S SHORT STATEMENT OF THE CASE**

This is a case where the plaintiff, GeoData Systems Management, Inc., contends that the defendants infringed upon a trademark owned by the plaintiff and unfairly competed with the plaintiff.

Defendants deny these allegations and contend that plaintiff has defamed the defendants and unfairly competed with it. Plaintiff denies these allegations.

Date: November 1, 2016

Respectfully Submitted,
LOWE & ASSOCIATES, P.C.

By: ____/s/ Steven T. Lowe____
Steven T. Lowe
Attorney for Plaintiff and Counderdefendants