JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 27, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH  DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEODATA SYSTEMS MANAGEMENT, INC., an Ohio Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN PACIFIC PLASTIC FABRICATORS, INC., a California Corporation; HY ZORNES, an individual; and ARTHUR HOCHSCHILD, III, an individual,<br><br>Defendants. | **CASE NO. 2:15-CV-04125-VAP (JEM)**<br><br>*Hon. Virginia A. Phillips*<br>*Courtroom 8A –8th Floor*<br>*First Street Courthouse*<br><br>[~~PROPOSED~~]<br>**ORDER OF DISMISSAL**<br><br>*Fed. R. Civ. P. 41(a)(2)* |

Having reviewed and approved the parties' Stipulation of Dismissal, as a condition of the parties' confidential settlement agreement ("settlement agreement") referenced therein and as a pre- condition of the parties' Stipulation of Dismissal, the court is to retain jurisdiction over the settlement agreement and its enforcement. The foregoing considered and finding good cause,

**IT IS HEREBY ORDERED** that all parties comply with the terms of the parties' settlement agreement. Pursuant to this settlement agreement, the Stipulation of Dismissal, and pursuant to the court's own inherent powers, Fed. R. Civ. P. 41(a)(2), the court hereby retains jurisdiction to enforce the parties'

settlement agreement.  Any breach of the settlement agreement would be a violation of this court's orders, and the court will continue to exercise and has ancillary jurisdiction to enforce the said settlement agreement.

Having now reserved and retained jurisdiction over the settlement agreement and its enforcement, the court subsequently grants the Stipulation of Dismissal of both the complaint and cross-complaint.  This Action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties.   Each party shall bear its own attorney's fees and costs, except as may otherwise be provided in the settlement agreement between the parties.

**IT IS SO ORDERED**

Dated:  December 22, 2016

_____
The Honorable Virginia A. Phillips
United States District Court Judge

Respectfully Submitted,

LOWE & ASSOCIATES, P.C.

By:   /s/ Steven T. Lowe
STEVEN T. LOWE
Attorneys for GEODATA SYSTEMS MANAGEMENT, INC.

ROPERS, MAJESKI, KOHN & ENTLEY

By:   /s/ Ernest E. Price
ERNEST PRICE
ARNOLD E. SKLAR
Attorneys for Defendants AMERICAN PACIFIC PLASTIC FABRICATORS, INC., and ARTHUR HOCHSCHILD, III